IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FREDERICK LUSTER,<br><br>    Plaintiff,<br><br>v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY (INC)<br><br>    Defendant. | Civil Action No.<br><br>1:15-cv-04223-TCB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Frederick Luster and Defendant Pennsylvania Higher Education Assistance Agency (Inc.), pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and stipulate that the above-captioned civil action be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| FREDERICK LUSTER | PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY |
|---|---|
| By: /s/ Cliff R. Dorsen<br>Cliff R. Dorsen (No. 149254)<br>SKAAR & FEAGLE, LLP | By: /s/ Derin B. Dickerson<br>Derin B. Dickerson (No. 220620)<br>Gerald L. Mize, Jr. (No. 514316) |

| | |
|---|---|
| 2374 Main Street, Suite B<br>Tucker, GA 30084<br>Telephone: (404) 373-1970<br>Facsimile: (404) 601-1855<br>cdorsen@skaarandfeagle.com<br><br>*Attorney for Plaintiff* | Tejas S. Patel (No. 685898)<br>ALSTON & BIRD, LLP<br>1201 W. Peachtree St., Suite 4900<br>Atlanta, GA 30309<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br>gmize@alston.com<br>derin.dickerson@alston.com<br>tejas.patel@alston.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF COMPLIANCE WITH LR 5.1B & 7.1D, NDGa.

Pursuant to LR 7.1D, NDGa., I certify that this document has been prepared with one of the font and point selections approved by the court in LR 5.1B, to wit:

[x] Times New Roman, 14 point; or

[ ] Courier New, 12 point.

## CERTIFICATE OF SERVICE

I certify that I have this day filed the within and foregoing STIPULATION OF DISMISSAL WITH PREJUDICE using the CM/ECF system which shall contemporaneously serve all counsel of record pursuant to Fed. R. Civ. P. 5(b)(2)(E) and 5(b)(3).

Respectfully submitted,

        SKAAR & FEAGLE, LLP

        /s/ Cliff R. Dorsen
        Cliff R. Dorsen
        Georgia Bar No. 149254
        2374 Main Street, Suite B
        Tucker, GA 30084
        Telephone: (404) 373-1970
        Facsimile: (404) 601-1855
        cdorsen@skaarandfeagle.com

        *Attorney for Plaintiffs*